CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2022 NOV 21 AM 10: 01

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **ERIC L. ELLIS,**<br>Plaintiff,<br><br>vs.<br><br>**City of White Settlement,**<br>**Defendants** | Case No.:<br><br>4-22CV-1033-O |

# PLAINTIFF'S ORIGINAL COMPLAINT FOR MANDAMUS

## NATURE OF THE CASE

COMES NOW the Plaintiff, Eric Ellis, files this action against Defendants City of White Settlement, and alleges as follows:

1. a. This lawsuit demonstrates that The City of White Settlement, has violated The Texas Privacy Information Act intentionally to retaliate against the Eric Ellis for submitting civil rights complaints. Ellis requested public information about these controversial matters:

(1) Eric Ellis requested vehicle and body camera footage of his false arrest and false imprisonment on 11.07.2022; the request was made on 11.08.22.

(2)Ellis requested records about how the Corporal Officer Banner denied him the right to complain about having his rights violated from the jail cell;

(3) Ellis also requested the actual complaint that Eric Ellis was finally able to write from the jail cell after begging another White Settlement Police Officer for a complaint form.

In response, the Records division of the City of White Settlement's Police Department blatantly violated the Texas Public Information Act (TPIA) by refusing to promptly supply (or supply at all) public information on these controversial matters that could be embarrassing to the City of White Settlement, White Settlement Police Department, its current or prior officials, and its management staff. Ellis will prove that City of White Settlement completely ignored requests for information, omitted responsive records, and despite warning, continue to stall while the controversial matters progressed. Even after the City was clearly warned in writing that it had failed to comply with the Amendments of the Constitution, the White Settlement Police Department stonewalled, in producing the records requested, making this lawsuit necessary pursuant to TPIA section 552.321.

b. Ellis's experience with trying to get complete disclosure of public information demonstrates that the City of White Settlement's management has not displayed the "Best Practices and Policies even though on its website it states the White Settlement Police Department has been awarded for just that.

**Best Practices Recognition**

The White Settlement Police Department is a Recognized Agency by the Texas Police Chiefs Association Foundation Best Practices Recognition Program. This program ensures the most critical issues are addressed in both policy as well as practice. Through this voluntary process, agencies prove their compliance with over 168 Law Enforcement Best Practices.

**Second Re-Recognition**

Of the more than 2,000 police departments in the state, less than three percent have achieved this recognition. The department received its first recognition in 2013, which was maintained for four years, and recently completed our second re-recognition in 2017.

c. Discovery will be conducted under TRCP 190.3, Level 2.

## CLAIM FOR RELIEF

2. Plaintiff seeks monetary relief of $100,000 and nonmonetary mandamus relief TRCP 47(c)(2).

## PARTIES

3. a. Plaintiff is Eric Ellis, whom currently resides in White Settlement, Tx. Ellis is also the requestor of information under the TPIA. Mr. Ellis can be served at

8539 Melissa Dr, White Settlement, Tx 76108

b. Defendant City of White Settlement is a Political Subdivision. City of White Settlement is also a defendant pursuant to TPIA section 552.321 as the governmental body'" whom Ellis submitted his request for information and that refused to supply the public information. Pursuant to Tex. Civ. Prac. & Rem. Code section 17.024(b), the City of White Settlement can be served through its Mayor, Ronald A. White, Mayor, at the City Hall located at 214 Meadow Park Drive White Settlement, TX 76108. (There is no listed address for a Mayor's Office)

## JURISDICTION & VENUE

4. The Court has jurisdiction over this case under TPIA section 552.321 which also makes venue mandatory in this Court.

## FACTS

### City Ignored Request for Correspondence with the White Settlement Police Department

5. a. On 11.08.2022, Ellis made an open records request to the White Settlement Police Department (WSPD) for body camera footage, vehicle footage, the civil rights complaint he had written from the White Settlement Police Department jail cell.

b. City of White Settlement receives a large percentage of its revenue from public funds, the White Settlement Police Department is managed by City of White Settlement, making it a "governmental body" under the TPIA. The White Settlement Police Department failed to promptly respond to Eric Ellis's open records request and

failed to state if it requested a decision from the Texas Attorney General. Despite being warned of the TPIA violation, the City has ignored Ellis's request and provided no records as of the date of this lawsuit.

## Unexplained, Unjustified Delay Notices from the City

6. At no time, the City staff prior to 10 business days after receiving the requests, send a notice that the response would be delayed. TPIA section 552.221 (c) and (d) do permit, under certain circumstances, the officer for public information to send the requestor notice of a delay.

## Unauthorized, Unexplained Redaction Of Records Provided

7. The City of White Settlement and White Settlement Police Department did not obtain authorization from the Texas Attorney General to withhold or redact any of the records responsive to Eric Ellis's request.

## COUNT I - SUIT FOR MANDAMUS

8. The facts stated above are incorporated here as the basis for this cause of action for mandamus. Pursuant to the TPIA, Tex. Gov't Code section 552.321, Plaintiff Eric Ellis brings this suit for mandamus against the City of White Settlement and asks the Court to order Defendant and its personnel to supply all of the information Eric Ellis requested in Exhibit 1 attached to this Petition.

## COUNT II - NONFEASANCE

9. The facts stated above are incorporated here as the basis for this cause of action for nonfeasance. City of White Settlement's inactions resulted in liability when

(1) When the White Settlement Police Department received the Records request, The City of White Settlement's actors owed a duty of care toward the Plaintiff,

(2) The White Settlement Police Department failed to act on that duty, and

(3) the failure to act resulted in injury.

## CONDITIONS PRECEDENT

10. All conditions precedent to plaintiffs claim for relief have been performed or have occurred.

## PRAYER

For these reasons, Plaintiff Eric Ellis asks the court to set this matter for an expedited hearing on mandamus pursuant to Tex. Gov't Code section 552.321, and to order Defendant and its personnel to supply all of the information Ellis requested in Exhibits 1, attached to this Petition. Plaintiff asks the Court to award the Plaintiff 100,000 in relief and, to grant Plaintiff all other relief to which he may be entitled.

Respectfully submitted,

Eric L Ellis

8539 Melissa Dr, Tx 76108

3185075030

EricLamarEllis@gmail.com

# White Settlement Police Department

8900 Clifford Street White Settlement, TX 76108

***(Records request timeline is 10 business days from the day of the request)***

**Email request to: Records@wspd.us**

**In order to better assist you, please fill out this service request form as much as possible**

Today's Date: 11/8/2022 Time: 12:00 pm

Name: Eric Ellis Phone Number: 3185075030

Your complete home address: 8539 Melissa Dr White Settlement, Texas 76108

Your Driver's License Number or ID Number: n/a

Name of VICTIM or DRIVER: Eric Lamar Ellis

E-mail: ericlamarellis@gmail.com

Offense Service Number: ____________ Offense Date: 11/07/2022-11/08/22

______ **Speak with a Police Officer About:** ____________

______ USB – Thumb Drive--------------------------------$10.00
__✔__ Offense Report--------------------------------------- (10 pages or more - .10 cents per page)
______ Background Check (only on yourself) --------------$5.00
______ Clearance Letter (In House Only) -------------------$5.00
______ 911 – Recording CD: --------------------------------$3.00
__✔__ Body Camera Video DVD------------------$10.00 per recording plus $1.00 per full minute
__✔__ Finger Printing: -------------------------$10.00 per card (White Settlement Residents Only)

______ Accident Report: -------------------------------------$6.00 (Must provide us with two of the following three pieces of information:

Date of accident ______ Specific Address ______

Name of person involved ~~Eric Ellis, Officer Payton Wyly, Officer Banner~~

By signing below, you acknowledge you have read and understand the reverse side of this form.

**Signature of Requestor:** ____________

**PLEASE DO NOT WRITE BELOW THIS LINE**

Employee Name and ID# ____________ Cost of Report(s) ____________

Request Due Date: ____________ (10 Business Days)

# EXHIBIT 1

*A TEXAS POLICE CHIEF'S ASSOCIATION RECOGNIZED LAW ENFORCEMENT AGENCY*

# EXHIBIT 1

## OFFICIAL REQUEST OF INFORMATION

**Eric Ellis is requesting the following information with respect to the freedom of information act.**

**Eric Ellis requests the body camera footage from White Settlement Police Department officer Wyly Payton from date 11-7-2022 when Eric Ellis was unlawfully stopped, detained, searched and arrested.**

**Eric Ellis also requests the footage from inside the White Settle Police Department Jail where he respectfully and continuously requests to file civil rights complaints against the officer while speaking with Corporal Officer Banner (refused to give me his first name). Officer Banner irrespectively denied Eric Ellis a complaint form to file his civil rights complaints.**

**Eric Ellis also request a copy of the Personnel Complaint form he filled out and returned to the Officer whom after several hours finally allowed Eric Ellis the right to complain of his civil rights being violated.**

**In total Eric Ellis requests**

**Body Camera Footage From Wyly Payton**

**Vehicle Camera (inside and outside) of Wyly Payton's vehicle**

**The Brief yet important conversation Eric Ellis had with Officer Banner inside the jail where Banner denies him rights to complain.**

**Eric Ellis also requests the Full names and badge numbers of the two other police whom accompanied Officer Wyly Payton at the scene where Eric Ellis was arrested. These two officers allowed Eric Ellis Constitutional Rights to be violated with no interference.**

**Respectfully Submitted,**

**Eric Ellis**

**11/08/2022**